Samuel A. Schwartz, Esq.  
Nevada Bar No. 10985  
Sean E. McClenahan, Esq.  
Nevada Bar No. 10141  
The Schwartz Law Firm, Inc.  
626 S. Third Street  
Las Vegas, Nevada 89101  
Telephone: (702) 385-5544  
Facsimile: (702) 385-2741  
Attorneys for the Debtors  

E-FILED: March 25, 2010

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| In re: | Case No. 09-34342-LBR |
|---|---|
| Nicholas DiPuccio, and | Chapter 13 |
| Jeannie DiPuccio,<br>                    Debtors. | Hearing Date: April 12, 2010<br>Hearing Time: 10:30 A.M. |

## OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY U.S. BANK NATIONAL ASSOCIATION

Nicholas DiPuccio and Jeannie DiPuccio (the "**Debtors**"), the Debtors in the above-captioned proceeding, file this Opposition (the "**Opposition**") to U.S. Bank National Association's, ("**U.S. Bank**", or the "**Secured Creditor**") Motion for Relief from Automatic Stay (the "**Motion**") and in support of the Opposition, states as follows:

## FACTS

1. HSBC Bank USA filed its Motion on March 11, 2010 to foreclose on the Debtors' property located at 10921 Cardinal Crest, Las Vegas, NV 89144 (the "**Property**").

2. The Debtors have been attempting to negotiate a Loan Modification with Wells Fargo Bank, through their attorneys, the Schwartz Law Firm (**"SLF"**) since December, 2009.

1

3. Debtors were forced to become delinquent as a result of Wells Fargo's unwillingness to negotiate a loan modification while they were current on their payments.

4. Debtors request that they be permitted to participate in the Nevada Foreclosure Mediation Program.

WHEREFORE, the Debtors respectfully request that the Court enter an order (i) denying the Motion and allowing the Debtors to participate in the Nevada Foreclosure Mediation Program; and (ii) granting such other and further relief as is just and proper.

Dated this 25th day of March, 2010.

/s/Sean E. McClenahan
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Sean E. McClenahan, Esq.
Nevada Bar No. 10141
The Schwartz Law Firm, Inc.
626 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741